UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLIED WORLD SURPLUS LINES, INSURANCE COMPANY, *et al.*

Plaintiffs,

v.

PREMERA,

Defendant.

Case No. C17-714RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On August 15, 2017, defendant filed a Motion to Amend its Answer and Counterclaim to Join Necessary Parties which, taken as a whole, exceeds 50 pages in length. (Dkt. # 21). As of this date, a courtesy copy of this document has not been provided for chambers.

Defendant is hereby ORDERED to show cause, within five days of the date of this Order, why it should not be sanctioned for failure to comply with Local Rule 10(e)(9). Defendant shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

DATED this 22nd day of August, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE