UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
ALLIED WORLD SURPLUS LINES          )
INSURANCE COMPAY, *et al.*,         )
                                    )   No. C17-0714RSL
                    Plaintiffs,     )
        v.                          )
                                    )   ORDER
PREMERA,                            )
                                    )
                    Defendants.     )
_____)

On August 22, 2017, the Court ordered defendant to deliver a courtesy copy of documents filed on August 15, 2017. Defendant has now responded to the order to show cause and provided the necessary documents. The Order to Show Cause (Dkt. # 23) is hereby VACATED.

Defendant asserts, and plaintiffs have confirmed, that the underlying motion is unopposed. Defendant's "Motion to Amend its Answer and Counterclaim to Join Necessary Parties" (Dkt. # 21) is therefore GRANTED. Defendant shall, within seven days of the date of this order, file its amended answer in a form substantially similar to Exhibit 1 to the motion. Dkt. # 21-1.

Dated this 29th day of August, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER