The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA,<br><br>Defendant. | Case No. 2:17-cv-00714-RSL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR COUNTERCLAIM DEFENDANT LEXINGTON INSURANCE COMPANY TO RESPOND TO PREMERA'S COUNTERCLAIM**<br><br>Note on Motion Calendar:<br>September 26, 2017 |
| PREMERA,<br><br>Counterclaimant,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; BCS INSURANCE COMPANY ("BCS"); HOMELAND INSURANCE COMPANY OF NEW YORK; IRONSHORE SPECIALTY INSURANCE COMPANY; RLI INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AND RSUI INDEMNITY COMPANY,<br><br>Counterclaim Defendants. | |

1 | Counterclaimant Premera Blue Cross ("Premera") and Counterclaim Defendant
2 | Lexington Insurance Company ("Lexington"), hereby stipulate and agree that Lexington may
3 | have until Monday, October 16, 2017 to answer, move or otherwise respond to Premera's
4 | Counterclaim for Damages and Declaratory Relief.
5 | DATED this 25th day of September, 2017.

| KILPATRICK TOWNSEND & STOCKTON LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| Attorneys for Counterclaimant Premera | Attorneys for Counterclaim Defendant Lexington Insurance Company |

By /s/ John R. Neeleman
John R. Neeleman, WSBA # 19752

By /s/ Nancy A. Brownstein
Nancy A. Brownstein, WSBA #50150

## ORDER

THIS MATTER came before the Court on the parties Stipulation Extending Time for Counterclaim Defendant Lexington to Respond to the Counterclaim. Now therefore,

IT IS HEREBY ORDERED THAT:

1. The deadline for Counterclaim Defendant Lexington to respond to Premera's Counterclaim is continued to October 16, 2017.

DATED this 28th day of September, 2017.

_____
The Honorable Robert S. Lasnik

Presented by:

Davis Wright Tremaine LLP
Attorneys for Counterclaim Defendant
Lexington Insurance Company


By /s/ Nancy A. Brownstein
    Nancy A. Brownstein, WSBA #50150