The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMERA,<br>Defendant. | NO. 2:17-CV-00714 RSL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR COUNTERCLAIM DEFENDANTS TO RESPOND TO PREMERA'S COUNTERCLAIM<br><br>Note on Motion Calendar:<br>October 3, 2017 |
| PREMERA,<br><br>Counterclaimant,<br><br>vs.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A/ DARWIN NATIONAL ASSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; BCS INSURANCE COMPANY (BCS"); HOMELAND INSURANCE COMPANY OF NEW YORK; IRONSHORE SPECIALTY | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM -
NO. 2:17-CV-00714 RSL

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1180355.docx/100317 1119/5591-0138

INSURANCE COMPANY; RLI INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and RSUI INDEMNITY COMPANY,

        Counterclaim Defendants.

Defendant/Counterclaimant Premera and Counterclaim Defendants hereby stipulate and agree that all Counterclaim Defendants may have until Wednesday, November 15, 2017, to answer, move or otherwise respond to Premera's Counterclaim for Damages and Declaratory Relief.

DATED this 3rd day of October, 2017.

**Kilpatrick Townsend & Stockton**
*Counsel for Defendant/Counterclaimant Premera*

By *s/ John R. Neeleman*
    John R. Neeleman, WSBA #19752

**Davis Wright Tremaine**
*Counsel for Counterclaim Defendant Lexington*

By *s/ Nancy Brownstein*
    Nancy Brownstein, WSBA #50150

**Betts, Patterson & Mines**
*Counsel for Counterclaim Defendant Travelers*

By *s/ Joseph D. Hampton*
    Joseph D. Hampton, WSBA #15297

**Betts, Patterson & Mines**
*Counsel for Counterclaim Defendant RLI*

By *s/ Jeremy R. Schulze*
    Jeremy R. Schulze, WSBA #46670

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM - NO. 2:17-CV-00714 RSL

- 2 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1180355.docx/100317 1119/5591-0138

1 **[PROPOSED] ORDER**

2 THIS MATTER came before the Court on the parties Stipulation Extending Time for Counterclaim Defendants to Respond to Premera's Counterclaim. Now, therefore,

IT IS HEREBY ORDERED that:

1. The deadline for Counterclaim Defendants to respond to Premera's Counterclaim is extended to November 15, 2017.

DATED this _10_ day of October, 2017.



_____
The Honorable Robert S. Lasnik

Presented by:

BETTS, PATTERSON & MINES

By _s/ Jeremy R. Schulze_
    Jeremy R. Schulze, WSBA #46670
Counsel for Counterclaim Defendant
RLI Insurance Company

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO
RESPOND TO COUNTERCLAIM -
NO. 2:17-CV-00714 RSL

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1180355.docx/100317 1119/5591-0138