THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PREMERA,<br><br>　　　　Defendant. | NO. 2:17-CV-00714 RSL<br><br>ORDER EXTENDING TIME FOR COUNTERCLAIM DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY TO RESPOND TO DEFENDANT PREMERA'S COUNTERCLAIM |
| PREMERA,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY,<br><br>　　　　Counterclaim Defendants. | |

ORDER EXTENDING TIME FOR IRONSHORE TO RESPOND TO
PREMERA'S COUNTERCLAIM - 1
[2:17-CV-00714 RSL]
6222263.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1   THIS MATTER came before the Court on a Stipulation to Extend the Time for
2   Counterclaim Defendant Ironshore Specialty Insurance Company to Respond to Premera's
3   Counterclaim. Having reviewed the stipulation between the parties, it is hereby ORDERED that
4   the deadline for Counterclaim Defendant Ironshore Specialty Insurance Company to answer,
5   move or otherwise respond to Premera's Counterclaim is extended to November 15, 2017.
6   Dated this 26th day of October, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME FOR IRONSHORE TO RESPOND TO
PREMERA'S COUNTERCLAIM - 2
[2:17-CV-00714 RSL]
6222263.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600