THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>PREMERA,<br><br>          Defendant.<br><br>PREMERA,<br><br>          Counterclaimants,<br><br>vs.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY; ET AL.,<br><br>          Counterclaim Defendants. | Civil Action No.: 2:17-cv-00714-RSL<br><br>[PROPOSED] ORDER GRANTING SECOND JOINT MOTION TO AMEND ORDER SETTING TRIAL DATE |

[PROPOSED] ORDER GRANTING SECOND JOINT
MOTION TO AMEND ORDER SETTING TRIAL DATE
CASE NO.: 2:17-CV-00714-RSL- 1

KILPATRICK TOWNSEND 71285648 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

1  THIS MATTER having come before the Court upon all parties' Second Joint Motion
2  to Amend Order Setting Trial Date, filed on November 5, 2018, and the Court having
3  considered the motion in this matter, and it appearing to be in the best interest of the case,
4  with good cause, therefore;

5  IT IS HEREBY ORDERED that parties' Second Joint Motion to Amend Order Setting
6  Trial Date is GRANTED.

7  The February 9, 2018 Amended Order Setting Trial Date & Related Dates are modified
8  as follows: (i) Deadline for amending pleadings extended from November 7, 2018 to January
9  6, 2019, and (ii) Reports from expert witnesses under FRCP 26(a)(2) due November 7, 2018
10 extended to January 6, 2019.

12 Dated this  6th  day of   Nov.   , 2018.

_____
THE HONORABLE ROBERT S. LASNIK

[PROPOSED] ORDER GRANTING SECOND JOINT
MOTION TO AMEND ORDER SETTING TRIAL DATE
CASE NO.: 2:17-CV-00714-RSL- 2

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 625-7713 FAX: (206) 260-8946

KILPATRICK TOWNSEND 71285648 1