The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA,<br><br>Defendant. | NO. 2:17-cv-00714-RSL<br><br>**STIPULATION FOR DISMISSAL OF CLAIMS BETWEEN ALLIED WORLD AND PREMERA WITH PREJUDICE** |
| PREMERA,<br><br>Counterclaimants,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; BCS INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; IRONSHORE SPECIALTY INSURANCE COMPANY; RLI INSURANCE COMPANY; TRAVELERS CASUALTY AND | |

SURETY COMPANY OF AMERICA; AND
RSUI INDEMNITY COMPANY,

Counterclaim Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2), Plaintiffs-Counter Defendants Allied World Surplus Lines Insurance Company f/k/a Darwin Select Insurance Company and Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company Allied World (collectively "Allied World")and Defendant Premera Blue Cross ("Premera") by and through their respective attorneys, hereby dismiss all claims, counterclaims and defenses asserted by and between Allied World and Premera with prejudice, with Allied World and Premera to bear their own fees and costs. Counterclaim Defendants Lexington Insurance Company ("Lexington"); BCS Insurance Company ("BCS"); Homeland Insurance Company Of New York ("Homeland"); Ironshore Specialty Insurance Company ("Ironshore"); RLI Insurance Company ("RLI"); Travelers Casualty And Surety Company of America ("Travelers"); and RSUI Indemnity Company ("RSUI"), by and through their respective attorneys, hereby stipulate to the dismissal. In support of this motion, the Parties state as follows:

1. This lawsuit arises in the context of Premera's ongoing defense of underlying antitrust litigation in Multi-District Litigation pending in the United States District Court for the Northern District of Alabama, In Re: Blue Cross Blue Shield Antitrust Litigation, Master File No 2:13-cv-20000-RDP ("Antitrust Litigation"), brought against Premera, all other Blue Cross and Blue Shield Plans and the Blue Cross Blue Shield Association by (1) all health care providers in the United States and Puerto Rico and (2) all individuals covered under a health plan with any Blue Cross Blue Shield company. See ECF Nos. 1, 12, 26.

2.     Allied World instituted this litigation, and Premera joined the counterclaim defendants, Excess Errors & Omissions (E&O) and Excess Directors & Officers (D&O) insurers who provide coverage layers above Allied World's Primary E&O Policy and Primary D&O Policy. In moving to join the counterclaim defendants, Premera argued that the Excess E&O and D&O Insurers are necessary parties under Rule 19 and therefore must be joined in order to avoid piecemeal litigation. See Dkt 21 at 5-7. Each of the counterclaim defendants have filed answers in response to Premera's counterclaims.

3.     Allied World and Premera have entered a confidential binding Settlement Agreement and Mutual Release which resolves their insurance coverage disputes with respect to the Antitrust Litigation. Pursuant to the Settlement Agreement and Mutual Release, Allied World and Premera agree to dismiss all claims, counterclaims and defenses asserted by and between Allied World and Premera with prejudice, with each party to bear its own fees and costs.

4.     This stipulation does not apply to claims Premera has alleged against any other party in this litigation.

5.     The remaining parties also hereby stipulate that the case caption be amended to reflect the alignment of the parties upon dismissal of Allied World to be as follows:

PREMERA,

                Plaintiff,

v.

LEXINGTON INSURANCE COMPANY; BCS INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; IRONSHORE SPECIALTY INSURANCE COMPANY; RLI INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY

1  COMPANY OF AMERICA; AND RSUI
   INDEMNITY COMPANY,
2
                    Defendants.
3

4      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5      DATED this 10th day of December, 2018.

6

7      By: *s/ Bryan C. Graff*
           Bryan C. Graff, WSBA #38553
           Ryan, Swanson & Cleveland, PLLC
8          1201 Third Avenue, Suite 3400
           Seattle, Washington 98101-3034
9          Telephone: (206) 464-4224
           Facsimile: (206) 583-0359
           Email: graff@ryanlaw.com
10
       By: *s/ Steven J. Brodie*
11         Steven J. Brodie
           *Admitted pro hac vice*
12         Florida Bar #333069
           Carlton Fields Jorden Burt, P.A.
           Miami Tower
13         100 SE 2nd Street, Suite 4200
           Miami, Florida 33131-9101
14         Telephone: (305) 530-0050
           Facsimile: (305) 530-0055
15         E-Mail: sbrodie@carltonfields.com

16     By: *s/ Heidi Hudson Raschke*
           Heidi Hudson Raschke
           *Admitted pro hac vice*
17         Florida Bar #0061183
           Carlton Fields Jorden Burt, P.A.
18         4221 W. Boy Scout Boulevard, Suite 1000
           Tampa, Florida 33607
19         Telephone: (813) 223-7000
           Facsimile: (813) 229-4133
           E-Mail: hraschke@carltonfields.com
20         ***Attorneys for Plaintiffs/Counterclaim Defendants,
           Allied World Surplus Lines Insurance Company
21         F/K/A Darwin Select Insurance Company; and
           Allied World Specialty Insurance Company F/K/A
22         Darwin National Assurance Company***

23

STIPULATION FOR DISMISSAL OF CLAIMS BETWEEN ALLIED
WORLD AND PREMERA WITH PREJUDICE - 4
Case No. 2:17-cv-00714
1830972.01

By: *s/ John R. Neeleman*
John R. Neeleman, WSBA #19752
By: *s/ Gwendolyn C. Payton*
Gwendolyn C. Payton, WSBA #26752
Kilpatrick Townsend & Stockton LLP
1420 5th Ave., Suite 3700
Seattle, Washington 98101
Telephone: (206) 467-9600
Email: gpayton@kilpatricktownsend.com
Email: jneeleman@kilpatricktownsend.com
***Attorneys for Defendant/Counterclaim Plaintiff Premera***

By: *s/Eliot Harris*
Eliot Harris, WSBA #36590
By: *s/Rodney Umberger, Jr.*
Rodney Umberger, Jr., WSBA #24948
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
2 Union Square
Seattle, Washington 98101
Telephone: (206) 628-6600
Email: eharris@williamskastner.com
Email: rumberger@williamskastner.com

By: *s/ Mary Jo Barry*
Mary Jo Barry, *pro hac vice*
Kaufman Dolowich & Voluck, LLP
40 Exchange Place, 20th Floor
New York, New York 10005
Telephone: (212) 485-9600
Email: mbarry@kdvlaw.com
***Attorneys for Ironshore Specialty Insurance Company***

By: *s/Jeremy Roland Schulze*
Jeremy Roland Schulze, WSBA #46670
By: *s/Lawrence Gottlieb*
Lawrence Gottlieb, WSBA #20987
Betts Patterson & Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101
Telephone: (206) 292-9988
Email: jschulze@bpmlaw.com
Email: lgottlieb@bpmlaw.com

By: *s/ Douglas M. Mangel*
Douglas M. Mangel, Pro Hac Vice
CLYDE & CO US LLP
1775 Pennsylvania Avenue NW, 4th Floor
Washington, DC 20006
Telephone: (202) 747-5120
Email: doug.mangel@clydeco.us
***Attorneys for RLI Insurance Company***

By: *s/Joseph D. Hampton*
Joseph D. Hampton, WSBA #15297
Betts Patterson & Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101
Telephone: (206) 292-9988
Email: jhampton@bpmlaw.com

By: *s/ Andrew Oldis*
Andrew Oldis, *pro hac vice*
By: *s/ Matthew M. Collibee*
Matthew M. Collibee, *pro hac vice*
By: *s/ Wayne E. Borgeest*
Wayne E. Borgeest, *pro hac vice*
By: *s/ Joan Gilbride*
Joan Gilbride, *pro hac vice*
Kaufman Borgeest & Ryan
200 Summit Lake Drive
Valhalla, New York 10595
Telephone: (914) 449-1091
Email: aoldis@kbrlaw.com
Email: mcollibee@kbrlaw.com
Email: wborgeest@kbrlaw.com
Email: jgilbride@kbrlaw.com
***Attorneys for Travelers Casualty and Surety Company of America***

By: *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA #32774
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Email: Donohue@wscd.com

By: *s/ Marc Pearlman*
Marc Pearlman, *pro hac vice*
Kerns, Frost & Pearlman, LLC
2201 Waukegan Road, Suite 160
Bannockburn, Illinois 60015
Telephone: (312) 261-4550
Email: mpearlman@kfplegal.com
**Attorneys for BCS Insurance Company**


By: *s/Everett W. Jack, Jr.*
Everett W. Jack, Jr., WSBA #47076
Davis Wright Tremaine LLP
1300 SW 5th Ave.
2400 First Interstate Tower
Portland, Oregon 97201
Telephone: (503) 241-2300
Email: everettjack@dwt.com

By: *s/Nancy A. Brownstein*
Nancy A. Brownstein, WSBA #50150
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 622-3150
Email: nancybrownstein@dwt.com
**Attorneys for Lexington Insurance Company**


By: *s/Robert J. Guite*
Robert J. Guite, WSBA #25753
Sheppard Mullin Richter & Hampton
4 Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Email: RGuite@sheppardmullin.com
**Attorneys for Homeland Insurance Company of New York**


By: *s/Jennifer L. Crow*
Jennifer L. Crow, WSBA #43746
Scheer Law Group LLP
101 SW Main St, Suite 1600
Portland, Oregon 97204
Telephone: (503) 542-1200
Email: jcrow@scheerlaw.com
**Attorneys for RSUI Indemnity Company**

STIPULATION FOR DISMISSAL OF CLAIMS BETWEEN ALLIED
WORLD AND PREMERA WITH PREJUDICE - 7
Case No. 2:17-cv-00714

1830972.01

Based on the above Stipulation, IT IS SO ORDERED.

DATED this 11 day of December, 2018.

_____
The Honorable Robert S. Lasnik

Presented by:

By: *s/ Bryan C. Graff*
Bryan C. Graff, WSBA #38553
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
Email: graff@ryanlaw.com

By: *s/ Steven J. Brodie*
Steven J. Brodie
*Admitted pro hac vice*
Florida Bar #333069
Carlton Fields Jorden Burt, P.A.
Miami Tower
100 SE 2nd Street, Suite 4200
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-Mail: sbrodie@carltonfields.com

By: *s/ Heidi Hudson Raschke*
Heidi Hudson Raschke
*Admitted pro hac vice*
Florida Bar #0061183
Carlton Fields Jorden Burt, P.A.
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
E-Mail: hraschke@carltonfields.com

**Attorneys for Plaintiffs/Counterclaim Defendants, Allied World Surplus Lines Insurance Company F/K/A Darwin Select Insurance Company; and Allied World Specialty Insurance Company F/K/A Darwin National Assurance Company**

```
 1  By: s/ John R. Neeleman
        John R. Neeleman, WSBA #19752
 2  By: s/ Gwendolyn C. Payton
        Gwendolyn C. Payton, WSBA #26752
        Kilpatrick Townsend & Stockton LLP
 3      1420 5th Ave., Suite 3700
        Seattle, Washington 98101
 4      Telephone: (206) 467-9600
        Email: gpayton@kilpatricktownsend.com
 5      Email: jneeleman@kilpatricktownsend.com
    *Attorneys for Defendant/Counterclaim
 6  Plaintiff Premera*
```

STIPULATION FOR DISMISSAL OF CLAIMS BETWEEN ALLIED
WORLD AND PREMERA WITH PREJUDICE - 9
Case No. 2:17-cv-00714

1830972.01