1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREMERA,

                    Plaintiff,

          v.

LEXINGTON INSURANCE COMPANY, *et al.*,

                    Defendants.

Cause No. C17-0714RSL

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on BCS Insurance Company's "Motion for Clarification and/or Reconsideration of the February 1, 2021 Order Lifting the Stay." As stated in an earlier order, the Court does not believe that clarification is necessary. The Court did not determine whether Premera's notice of intent to lift the stay satisfied the letter of the Interim Agreement. Rather, Premera obtained the relief requested based solely on its representation to the undersigned that it had withdrawn from the Interim Agreement.

Premera has now confirmed that representation. If Premera breached the Interim Agreement in some way, BCS may have a remedy in contract, but the Court will not continue the stay of the above-captioned litigation when the parties are no longer in agreement as to the propriety of a stay.

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

For all of the foregoing reason, BCS' motion for reconsideration is DENIED.


Dated this 15th day of March, 2021.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 2