UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMERA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY; BCS INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; IRONSHORE SPECIALTY INSURANCE COMPANY; RLI INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AND RSUI INDEMNITY COMPANY,<br><br>    Defendants. | Case No. 2:17-cv-00714<br><br>**JOINT MOTION FOR AND ORDER OF DISMISSAL OF PREMERA'S CLAIMS AGAINST BCS WITHOUT PREJUDICE AND RETENTION OF THE COURT'S JURISDICTION OVER PREMERA'S CLAIMS AGAINST BCS** |

        Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Premera Blue Cross ("Premera"), and Defendant BCS Insurance Company ("BCS"), by and through their respective counsel, hereby jointly move the Court for an order dismissing all claims alleged by Premera against BCS without prejudice, pursuant to the following terms:

        1.     Premera and BCS have entered into a Confidential Interim Agreement pursuant to which BCS will reimburse Premera's defense expenses in the United States District Court for the Northern District of Alabama, *In Re: Blue Cross Blue Shield Antitrust Litigation*, Master File No 2:13-cv-20000-RDP, and Premera and BCS will attempt to negotiate a settlement resolving all of Premera's claims against BCS.

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946

2. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Premera and BCS request that the Court retain jurisdiction over Premra's claims against BCS in order that the Court may enforce the Interim Agreement and that Premera may reinstate its claims against BCS in the event that the parties fail to reach a settlement.

3. This stipulation and order does not apply to claims Premera has alleged against any other party in this litigation.

DATED: May 6, 2021

KILPATRICK TOWNSEND & STOCKTON LLP

**Kilpatrick Townsend & Stockton LLP**

By  /s/ John R. Neeleman
John R. Neeleman, WSBA No. 19752
jneeleman@kilpatricktownsend.com
Gwendolyn Payton, WSBA No. 26752
gpayton@kilpatricktownsend.com
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 626-7713
Facsimile: (206) 260-8946
*Attorneys for Counterclaimant Premera*

**Davis Wright Tremaine**

By  /s/ Everett W Jack , Jr.
Everett W Jack , Jr.
1300 SW 5TH AVE
2400 FIRST INTERSTATE TOWER
PORTLAND, OR 97201
503-241-2300
Fax: 503-778-5299
Email: everettjack@dwt.com

Nancy Anne Brownstein
920 FIFTH AVE
STE 3300
SEATTLE, WA 98104-1610
206-622-3150
Fax: 206-757-8534
Email: nancybrownstein@dwt.com
*Attorneys for Counterclaim Defendant Lexington Insurance Company*

**Kerns Frost & Pearlman LLC**

By  */s/ Marc Pearlman*
    Marc Pearlman (pro hac vice)
    2201 WAUKEGAN ROAD
    STE 160
    BANNOCKBURN, IL 60015
    312-261-4550
    Email: mpearlman@kfplegal.com
*Attorney for Counterclaim Defendant BCS Insurance Company*

**Wilson Smith Cochran & Dickerson**

By  */s/ Alfred E Donohue*
    Alfred E Donohue
    901 FIFTH AVE
    STE 1700
    SEATTLE, WA 98164-2050
    206-623-4100
    Fax: 206-623-9273
    Email: donohue@wscd.com
*Attorney for Counterclaim Defendant BCS Insurance Company*

**Sheppard Mullin Richter & Hampton**

By  */s/ Robert J Guite*
    Robert J Guite
    4 EMBARCADERO CENTER
    17 FL
    SAN FRANCISCO, CA 94111
    415-434-9100
    Fax: 415-434-3947
    Email: RGuite@sheppardmullin.com
*Attorney for Counterclaim Defendant Homeland Insurance Company of New York*

**Kaufman Dolowich & Voluck**

By  */s/ Jeffrey S Matty*
    Jeffrey S Matty (pro hac vice)
    Mary Jo Barry (pro hac vice)
    40 EXCHANGE PLACE, 20TH FLOOR
    NEW YORK, NY 10005
    212-485-9600
    Email: jmatty@kdvlaw.com
    Email: mbarry@kdvlaw.com
*Attorneys for Counterclaim Defendant Ironshore Specialty Insurance Company*

| | |
|---|---|
| 1 | **Williams Kastner & Gibbs** |
| 2 | By  */s/ Eliot M Harris* |
| 3 | Eliot M Harris<br>Rodney L Umberger, Jr.<br>TWO UNION SQUARE |
| 4 | 601 UNION ST, STE 4100<br>SEATTLE, WA 98101 |
| 5 | 206-628-6600<br>Email: eharris@williamskastner.com |
| 6 | Email: rumberger@williamskastner.com |
| 7 | *Attorneys for Counterclaim Defendant Ironshore Specialty Insurance Company* |
| 8 | **Clyde & Co US LLP** |
| 9 | By  */s/ Douglas M. Mangel* |
| 10 | Douglas M. Mangel (pro hac vice)<br>Joseph Anselm Bailey III (pro hac vice) |
| 11 | 1775 PENNSYLVANIA AVENUE NW<br>4TH FLOOR |
| 12 | WASHINGTON, DC 20006<br>202-747-5120 |
| 13 | Email: doug.mangel@clydeco.us<br>Email: joseph.bailey@clydeco.us |
| 14 | *Attorneys for Counterclaim Defendant RLI Insurance* |
| 15 | |
| 16 | **Betts Patterson & Mines** |
| 17 | By  */s/ Jeremy Roland Schulze*<br>Jeremy Roland Schulze |
| 18 | Lawrence Gottlieb<br>701 PIKE ST<br>STE 1400 |
| 19 | SEATTLE, WA 98101-3927<br>206-292-9988 |
| 20 | Fax: 206-343-7053<br>Email: jschulze@bpmlaw.com |
| 21 | Email: lgottlieb@bpmlaw.com |
| 22 | *Attorneys for Counterclaim Defendant RLI Insurance Company* |
| 23 | **Kaufman Borgeest & Ryan** |
| 24 | By  */s/ Andrew Oldis*<br>Andrew Oldis (pro hac vice) |
| 25 | Joan M Gilbride (pro hac vice)<br>Matthew M Collibee (pro hac vice) |
| 26 | Wayne E Borgeest (pro hac vice)<br>200 SUMMIT LAKE DRIVE |
| 27 | VALHALLA, NY 10595 |

JOINT MOTION FOR AND ORDER OF DISMISSAL - 4

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

914-449-1091
Email: aoldis@kbrlaw.com
Email: jgilbride@kbrlaw.com
Email: mcollibee@kbrlaw.com
Email: wborgeest@kbrlaw.com
*Attorneys for Counterclaim Defendant Travelers Casualty and Surety Company of America*

**Betts Patterson & Mines**

By     */s/ Joseph D Hampton*
Joseph D Hampton
701 PIKE ST
STE 1400
SEATTLE, WA 98101-3927
206-292-9988
Fax: 206-343-7053
Email: jhampton@bpmlaw.com
*Attorney for Counterclaim Defendant Travelers Casualty and Surety Company of America*

**Scheer Law PLLC**

By     */s/ Jennifer L Crow*
Jennifer L Crow
2101 FOURTH AVE STE 830
SEATTLE, WA 98101
206-800-4070
Email: jen@scheer.law
*Attorney for Counterclaim Defendant RSUI Indemnity Company*

**Ryan Swanson & Cleveland**

By     */s/ Bryan C Graff*
Bryan C Graff
1201 3RD AVE STE 3400
SEATTLE, WA 98101-3034
206-464-4224
Email: graff@ryanlaw.com
*Attorney for Counterclaim Defendants Allied World Surplus Line and Allied World Specialty Insurance Company, both formerly known as Darwin National Assurance Company*

**IT IS HEREBY ORDERED:**

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Premera's claims against BCS are dismissed without prejudice.

2. With the consent of Premera and BCS, the Court shall retain jurisdiction over Premera's claims against BCS for the purposes of enforcing the terms of the Parties' Interim Agreement, and in order that Premera may reinstate its claims against BCS in the event that Premera and BCS do not settle Premera's claims.

Dated this 7th day of May, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge