UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY f/k/a DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY f/k/a DARWIN NATIONAL ASSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA,<br><br>Defendant. | Cause No. C17-0714RSL<br><br>ORDER GRANTING EXTENSION OF TIME |

This matter comes before the Court on joint motion of counterclaim plaintiff Premera and counterclaim defendant Homeland Insurance Company of New York to extend certain deadlines. Dkt. # 122. Upon consideration of the joint motion, **IT IS ORDERED** that the following deadlines are extended as follows:

| | |
|---|---|
| Deadline for Amending Pleadings (presently July 15, 2021) | September 15, 2021 |

ORDER GRANTING EXTENSION
OF TIME - 1

| | |
|---|---|
| Discovery Completed by (presently September 15, 2021)_ | November 1, 2021 |

All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2)

The remaining dates set forth in the Minute Order Setting Trial Date & Related Dates (Dkt. # 118) remain unchanged.

Dated this 26th day of July, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING EXTENSION
OF TIME - 2