UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMERA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEXINGTON INSURANCE COMPANY; BCS INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK; IRONSHORE SPECIALTY INSURANCE COMPANY; RLI INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AND RSUI INDEMNITY COMPANY,<br><br>　　　　　　Defendants. | No. 2:17-cv-00714-RSL<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT LEXINGTON INSURANCE COMPANY WITH PREJUDICE** |

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2), Plaintiff Premera Blue Cross ("Premera") and Defendant Lexington Insurance Company ("Lexington") by and through their respective attorneys, hereby dismiss all claims, counterclaims and defenses asserted by and between Premera and Lexington with prejudice, with Premera and Lexington to bear their own fees and costs.  Defendants BCS Insurance Company ("BCS"); Homeland Insurance Company Of New York ("Homeland"); Ironshore Specialty Insurance Company ("Ironshore"); RLI Insurance Company ("RLI"); Travelers Casualty and Surety Company of America ("Travelers"); and RSUI Indemnity Company ("RSUI"), by and through their respective attorneys, hereby stipulate to the dismissal.  This stipulation does not apply to claims or counterclaims between

STIPULATION FOR DISMISSAL OF DEFENDANT LEXINGTON
INSURANCE COMPANY WITH PREJUDICE - 1
(17-CV-00714-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington  98104-1610
(206) 622-3150  ·  Fax: (206) 757-7700

Premera and any other remaining party in this litigation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 9th day of August, 2021.

By *s/ Everett W. Jack, Jr.*
Everett W. Jack, Jr., WSBA #47076
Davis Wright Tremaine LLP
1300 SW 5th Ave., Ste. 2400
Portland, OR 97201-5682
Telephone: (503) 778-5218
Fax: (503) 778-5299
Email: everettjack@dwt.com
***Attorneys for Defendants Lexington Insurance Company***

By: *s/ John R. Neeleman*
John R. Neeleman, WSBA #19752
By: *s/ Gwendolyn C. Payton*
Gwendolyn C. Payton, WSBA #26752
Kilpatrick Townsend & Stockton LLP
1420 5th Ave., Suite 3700
Seattle, Washington 98101
Telephone: (206) 467-9600
Email: gpayton@kilpatricktownsend.com
Email: jneeleman@kilpatricktownsend.com
***Attorneys for Defendant/Counterclaim Plaintiff Premera***

STIPULATION FOR DISMISSAL OF DEFENDANT LEXINGTON
INSURANCE COMPANY WITH PREJUDICE - 2
(17-CV-00714-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

By: *s/ Eliot Harris*
Eliot Harris, WSBA #36590
By: *s/ Rodney Umberger, Jr.*
Rodney Umberger, Jr., WSBA #24948
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
2 Union Square
Seattle, Washington 98101
Telephone: (206) 628-6600
Email: eharris@williamskastner.com
Email: rumberger@williamskastner.com
By: *s/ Mary Jo Barry*
Mary Jo Barry, *pro hac vice*
Kaufman Dolowich & Voluck, LLP
40 Exchange Place, 20th Floor
New York, New York 10005
Telephone: (212) 485-9600
Email: mbarry@kdvlaw.com
**Attorneys for Ironshore Specialty Insurance Company**

By: *s/Jeremy Roland Schulze*
Jeremy Roland Schulze, WSBA #46670
By: *s/Lawrence Gottlieb*
Lawrence Gottlieb, WSBA #20987
Betts Patterson & Mines
701 Pike Street, Suite 1400
Seattle, Washington 98101
Telephone: (206) 292-9988
Email: jschulze@bpmlaw.com
Email: lgottlieb@bpmlaw.com
By: *s/ Douglas M Mangel*
Douglas M. Mangel, Pro Hac Vice
CLYDE & CO US LLP
1775 Pennsylvania Avenue NW, 4th Floor
Washington, DC 20006
Telephone: (202) 747-5120
Email: doug.mangel@clydeco.us
**Attorneys for RLI Insurance Company**

STIPULATION FOR DISMISSAL OF DEFENDANT LEXINGTON
INSURANCE COMPANY WITH PREJUDICE - 3
(17-CV-00714-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

| | |
|---|---|
| 1 | |
| 2 | By: *s/ Joseph D. Hampton* |
| | Joseph D. Hampton, WSBA #15297 |
| 3 | Betts Patterson & Mines |
| | 701 Pike Street, Suite 1400 |
| 4 | Seattle, Washington 98101 |
| | Telephone: (206) 292-9988 |
| | Email: jhampton@bpmlaw.com |

By: *s/ Joseph D. Hampton*
    Joseph D. Hampton, WSBA #15297
    Betts Patterson & Mines
    701 Pike Street, Suite 1400
    Seattle, Washington 98101
    Telephone: (206) 292-9988
    Email: jhampton@bpmlaw.com

By: *s/ Andrew Oldis*
    Andrew Oldis, *pro hac vice*

By: *s/ Matthew M Collibee*
    Matthew M. Collibee, *pro hac vice*

By: *s/ Wayne E. Borgeest*
    Wayne E. Borgeest, *pro hac vice*

By: *s/ Joan Gilbride*
    Joan Gilbride, *pro hac vice*
    Kaufman Borgeest & Ryan
    200 Summit Lake Drive
    Valhalla, New York 10595
    Telephone: (914) 449-1091
    Email: aoldis@kbrlaw.com
    Email: mcollibee@kbrlaw.com
    Email: wborgeest@kbrlaw.com
    Email: jgilbride@kbrlaw.com
    **Attorneys for Travelers Casualty and Surety Company of America**

By: *s/Alfred E. Donohue*
    Alfred E. Donohue, WSBA #32774
    Wilson Smith Cochran Dickerson
    901 Fifth Avenue, Suite 1700
    Seattle, Washington 98164
    Telephone: (206) 623-4100
    Email: Donohue@wscd.com

By: *s/ Marc Pearlman*
    Marc Pearlman, *pro hac vice*
    Kerns, Frost & Pearlman, LLC
    2201 Waukegan Road, Suite 160
    Bannockburn, Illinois 60015
    Telephone: (312) 261-4550
    Email: mpearlman@kfplegal.com
    **Attorneys for BCS Insurance Company**

---

STIPULATION FOR DISMISSAL OF DEFENDANT LEXINGTON
INSURANCE COMPANY WITH PREJUDICE - 4
(17-CV-00714-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

|   |   |
|---|---|
| 1 | By: *s/ Robert I Guite* |
| 2 | Robert J. Guite, WSBA #25753<br>Sheppard Mullin Richter & Hampton<br>4 Embarcadero Center, 17th Floor |
| 3 | San Francisco, California 94111<br>Telephone: (415) 434-9100 |
| 4 | Email: RGuite@sheppardmullin.com<br>**Attorneys for Homeland Insurance Company of** |
| 5 | **New York** |

By: *s/ Jennifer L. Crow*
    Jennifer L. Crow, WSBA #43746
    Scheer Law Group LLP
    101 SW Main St, Suite 1600
    Portland, Oregon 97204
    Telephone: (503) 542-1200
    Email: jcrow@scheerlaw.com
    ***Attorneys for RSUI Indemnity Company***

**[ORDER ON FOLLOWING PAGE]**

STIPULATION FOR DISMISSAL OF DEFENDANT LEXINGTON
INSURANCE COMPANY WITH PREJUDICE - 5
(17-CV-00714-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700

Based on the above Stipulation, **IT IS SO ORDERED.**

Dated this 17th day of August, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

**Presented by:**

By *s/ Everett W. Jack, Jr.*
Everett W. Jack, Jr., WSBA #47076
Davis Wright Tremaine LLP
1300 SW 5th Ave., Ste. 2400
Portland, OR 97201-5682
Telephone: (503) 778-5218
Fax: (503) 778-5299
Email: everettjack@dwt.com
***Attorneys for Defendant Lexington Insurance Company***

STIPULATION FOR DISMISSAL OF DEFENDANT LEXINGTON
INSURANCE COMPANY WITH PREJUDICE - 6
(17-CV-00714-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300 · 920 Fifth Avenue
Seattle, Washington 98104-1610
(206) 622-3150 · Fax: (206) 757-7700