THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMERA,<br><br>             Plaintiff,<br><br>      vs.<br><br>LEXINGTON INSURANCE COMPANY; BCS INSURANCE COMPANY ("BCS"); HOMELAND INSURANCE COMPANY OF NEW YORK; IRONSHORE SPECIALTY INSURANCE COMPANY; RLI INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AND RSUI INDEMNITY COMPANY<br><br>             Defendants. | Case No. 2:17-cv-00714-RSL<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS RLI INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND IRONSHORE SPECIALTY INSURANCE COMPANY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Premera Blue Cross ("Premera") and Defendants RLI Insurance Company ("RLI"), Travelers Casualty and Surety Company of America ("Travelers"), and Ironshore Specialty Insurance Company ("Ironshore"), by and through their respective attorneys, hereby dismiss with prejudice all claims or counterclaims asserted by (a) Premera against RLI, Travelers, and Ironshore, and (b) RLI, Travelers, and Ironshore against Premera. Premera, RLI, Travelers and Ironshore shall bear their own fees and costs in connection with the dismissed claims and counterclaims.

STIPULATION FOR DISMISSAL
OF CERTAIN DEFENDANTS – 1
Case No. 2:17-cv-00714-RSL

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5th Ave., Suite 3700
Seattle, WA  98101
206.467.9600

All remaining parties to this action, by and through their respective attorneys, hereby stipulate to the dismissal of these claims and counterclaims, after which RLI, Travelers, and Ironshore will no longer be parties to this case. This stipulation does not apply to any claims or counterclaims between Premera and any other remaining party in this litigation and is without prejudice to (a) any rights the remaining defendants have as to potential future claims against the dismissed parties; and (b) any rights the dismissed parties have as to potential future claims against the remaining defendants.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 9, 2021.

By: *s/ John R. Neeleman*
John R. Neeleman, WSBA #19752
Gwendolyn C. Payton, WSBA #26752
Kilpatrick Townsend & Stockton LLP
1420 5th Ave., Suite 3700
Seattle, WA 98101
206-467-9600
gpayton@kilpatricktownsend.com
jneeleman@kilpatricktownsend.com

*Attorneys for Defendant/Counterclaim Plaintiff Premera*

By: *s/ Eliot Harris*
Eliot Harris, WSBA #36590
By: *s/ Rodney Umberger, Jr.*
Rodney Umberger, Jr., WSBA #24948
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
2 Union Square
Seattle, WA 98101
206-628-6600
eharris@williamskastner.com
rumberger@williamskastner.com

By: *s/ Mary Jo Barry*
Mary Jo Barry, pro hac vice
Kaufman Dolowich & Voluck, LLP

STIPULATION FOR DISMISSAL
OF CERTAIN DEFENDANTS – 2
Case No. 2:17-cv-00714-RSL

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5th Ave., Suite 3700
Seattle, WA 98101
206.467.9600

| | |
|---|---|
| 1 | 40 Exchange Place |
| 2 | 20th Floor |
| | New York, New York 10005 |
| 3 | 212-485-9600 |
| | mbarry@kdvlaw.com |
| 4 | |
| 5 | *Attorneys for Ironshore Specialty Insurance Company* |
| 6 | |
| | By: *s/ Jeremy Roland Schulze* |
| 7 | Jeremy Roland Schulze, WSBA #46670 |
| | By: *s/ Lawrence Gottlieb* |
| 8 | Lawrence Gottlieb, WSBA #20987 |
| | Betts Patterson & Mines |
| 9 | 701 Pike Street, Suite 1400 |
| 10 | Seattle, WA 98101 |
| | 206-292-9988 |
| 11 | jschulze@bpmlaw.com |
| | lgottlieb@bpmlaw.com |
| 12 | |
| 13 | By: *s/ Joseph A. Bailey III* |
| | Douglas M. Mangel, Pro Hac Vice |
| 14 | Joseph A. Bailey III, Pro Hac Vice |
| | CLYDE & CO US LLP |
| 15 | 1775 Pennsylvania Avenue NW |
| | 4th Floor |
| 16 | Washington, DC 20006 |
| 17 | 202-747-5120 |
| | doug.mangel@clydeco.us |
| 18 | joseph.bailey@clydeco.us |
| 19 | *Attorneys for RLI Insurance Company* |
| 20 | By: *s/ Joseph D. Hampton* |
| | Joseph D. Hampton, WSBA #15297 |
| 21 | Betts Patterson & Mines |
| 22 | 701 Pike Street, Suite 1400 |
| | Seattle, WA 98101 |
| 23 | 206-292-9988 |
| | jhampton@bpmlaw.com |
| 24 | |
| 25 | By: *s/ Andrew Oldis* |
| | Andrew Oldis, *pro hac vice* |
| 26 | By: *s/ Matthew Collibee* |
| | Matthew M. Collibee, *pro hac vice* |

STIPULATION FOR DISMISSAL
OF CERTAIN DEFENDANTS – 3
Case No. 2:17-cv-00714-RSL

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5th Ave., Suite 3700
Seattle, WA  98101
206.467.9600

By: *s/ Wayne E. Borgeest*
    Wayne E. Borgeest, *pro hac vice*
By: *s/ Joan Gilbride*
    Joan Gilbride, *pro hac vice*
    KAUFMAN BORGEEST & RYAN
    200 SUMMIT LAKE DRIVE
    VALHALLA, NY 10595
    aoldis@kbrlaw.com
    jgilbride@kbrlaw.com
    mcollibee@kbrlaw.com
    wborgeest@kbrlaw.com
    914-449-1091

*Attorneys for Travelers Casualty and Surety Company of America*


By: *s/ Jennifer L. Crow*
    Jennifer L. Crow, WSBA #43746
    Scheer Law Group LLP
    101 SW Main St, Suite 1600
    Portland, OR  97204
    503-542-1200
    jcrow@scheerlaw.com

*Attorneys for RSUI Indemnity Company*


By: : *s/ Robert J. Guite*
    Robert J. Guite, WSBA #25753
    Sheppard Mullin Richter & Hampton LLP
    4 Embarcadero Center, 17th Floor
    San Francisco, CA  94111
    415-434-9100
    rguite@sheppardmullin.com

*Attorneys for Homeland Insurance Company of New York*

STIPULATION FOR DISMISSAL
OF CERTAIN DEFENDANTS – 4
Case No. 2:17-cv-00714-RSL

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5th Ave., Suite 3700
Seattle, WA  98101
206.467.9600

1  Based on the above Stipulation, **IT IS SO ORDERED.**

2  Dated this 10th day of December, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

**Presented By:**

By: *s/ John R. Neeleman*
   John R. Neeleman, WSBA #19752
   Kilpatrick Townsend & Stockton LLP
   1420 5th Ave., Suite 3700
   Seattle, WA 98101
   206-467-9600
   jneeleman@kilpatricktownsend.com

STIPULATION FOR DISMISSAL
OF CERTAIN DEFENDANTS – 5
Case No. 2:17-cv-00714-RSL

KILPATRICK TOWNSEND & STOCKTON LLP
1420 5th Ave., Suite 3700
Seattle, WA  98101
206.467.9600