UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>PREMERA,<br><br>        Defendant. | Case No. 2:17-cv-00714-RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT FOR *PRO HAC VICE ADMISSION*** |
| PREMERA,<br><br>        Counterclaimants,<br><br>  vs.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; BCS INSURANCE COMPANY ("BCS"); HOMELAND INSURANCE COMPANY OF NEW YORK; IRONSHORE SPECIALTY INSURANCE COMPANY; RLI INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AND RSUI INDEMNITY COMPANY<br><br>        Counterclaim Defendants. | |

Upon consideration of the Unopposed Motion to Waive Physical Office Requirement in LCR 83.1(d) and the supporting Declaration of Robert J. Guite filed by Homeland Insurance Company of New York, and for good cause shown,

**IT IS ORDERED** that the motion to waive the physical office requirement contained in LCR 83.1(d) is **GRANTED**.

Dated this 5th day of March, 2022.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ *Robert J. Guite*
Robert J. Guite, WSBA No. 25753
Attorneys for Homeland Insurance Company of New York

ORDER GRANTING UNOPPOSED MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT FOR PHV ADMISSION- 2
Case No. 2:17-cv-00714-RSL

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415.434.9100 FAX: 415.434.3947