UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>PREMERA,<br><br>        Defendant. | Case No. 2:17-cv-00714-RSL<br><br>**ORDER GRANTING JOINT AGREED MOTION TO ADJUST CERTAIN PRETRIAL DEADLINES SET IN AMENDED ORDER SETTING TRIAL DATE & RELATED DATES [DKT. 129]** |
| PREMERA,<br><br>        Counterclaimants,<br><br>  vs.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; BCS INSURANCE COMPANY ("BCS"); HOMELAND INSURANCE COMPANY OF NEW YORK; IRONSHORE SPECIALTY INSURANCE COMPANY; RLI INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AND RSUI | |

ORDER GRANTING MOTION TO
EXTEND CERTAIN PRETRIAL DEADLINES - 1
Case No. 2:17-cv-00714-RSL

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
415.434.9100 FAX: 415.434.3947

INDEMNITY COMPANY

          Counterclaim Defendants.

Upon consideration of the Joint Motion to Extend Certain Deadlines, and good cause shown, **IT IS ORDERED** that the following deadlines are extended:

| | |
|---|---|
| Discovery Completed by (presently June 1, 2022)_<br><br>[All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2)] | August 15, 2022 |
| Reports from expert witnesses under FRCP 26(a)(2) (presently July 15, 2022) | August 30, 2022 |
| All dispositive motions must be filed (presently September 5, 2022)<br><br>[All dispositive motions must also be noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3))] | September 15, 2022 |

The remaining dates set forth in the Amended Order Setting Trial Date & Related Dates. (Dkt. 129) remain unchanged.

Dated this 26th day of May, 2022.

*MMS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
EXTEND CERTAIN PRETRIAL DEADLINES - 2
Case No. 2:17-cv-00714-RSL
SMRH:4854-6986-4226.1

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
415.434.9100 FAX: 415.434.3947