UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMERA,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMELAND INSURANCE COMPANY OF NEW YORK<br><br>    Defendant. | Case No. 2:17-cv-00714<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT BCS INSURANCE COMPANY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Premera Blue Cross ("Premera") and BCS Insurance Company ("BCS"), by and through their respective attorneys, hereby dismiss with prejudice all claims or counterclaims asserted by Premera against BCS. The parties shall bear their own fees and costs in connection with the dismissed claims.

This stipulation does not apply to any claims or counterclaims between Premera and any other remaining party in this litigation and is without prejudice to (a) any rights the remaining defendants have as to potential future claims against the dismissed parties; and (b) any rights the dismissed parties have as to potential future claims against the remaining defendants.

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT BCS INSURANCE COMPANY
2:17-CV-00714 - 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

DATED: August 15, 2022

                          KILPATRICK TOWNSEND & STOCKTON LLP

**Kilpatrick Townsend & Stockton LLP**

By  */s/ John R. Neeleman*
    John R. Neeleman, WSBA No. 19752
    jneeleman@kilpatricktownsend.com
    Gwendolyn Payton, WSBA No. 26752
    gpayton@kilpatricktownsend.com
    1420 Fifth Avenue, Suite 3700
    Seattle, WA  98101
    Telephone: (206) 626-7713
    Facsimile: (206) 260-8946
*Attorneys for Counterclaimant Premera*

**Kerns Frost & Pearlman LLC**

By    */s/ Marc Pearlman*
    Marc Pearlman (pro hac vice)
    2201 WAUKEGAN ROAD
    STE 160
    BANNOCKBURN, IL 60015
    312-261-4550
    Email: mpearlman@kfplegal.com
*Attorney for Counterclaim Defendant BCS Insurance Company*

Based on the above Stipulation, **IT IS SO ORDERED**.

    Dated this 16th day of August, 2022.

                                      *[signature]*
                                      Robert S. Lasnik
                                      United States District Judge

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT
BCS INSURANCE COMPANY
2:17-CV-00714 - 2

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946