1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY,<br><br>          Plaintiffs,<br>vs.<br>PREMERA,<br>          Defendant.<br><br>PREMERA,<br>          Counterclaimant,<br>vs.<br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A/ DARWIN NATIONAL ASSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; BCS INSURANCE COMPANY (BCS"); HOMELAND INSURANCE COMPANY OF NEW YORK; IRONSHORE SPECIALTY INSURANCE COMPANY; RLI | NO. 2:17-CV-00714 RSL<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT RSUI INDEMNITY COMPANY |
|---|---|

STIPULATION FOR DISMISSAL OF DEFENDANT RSUI INDEMNITY COMPANY

SCHEER.LAW PLLC
2101 4TH AVE., SUITE 830
SEATTLE, WA 98121

INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; AND RSUI INDEMNITY COMPANY

Counterclaim Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Premera Blue Cross ("Premera") and Defendant RSUI Indemnity Company ("RSUI"), by and through their respective attorneys, hereby dismiss with prejudice all claims or counterclaims asserted by Premera against RSUI. The parties shall bear their own fees and costs in connection with the dismissed claims.

This stipulation does not apply to any claims or counterclaims between Premera and any other remaining party in this litigation and is without prejudice to (a) any rights the remaining defendants have as to potential future claims against the dismissed parties; and (b) any rights the dismissed parties have as to potential future claims against the remaining defendants.

//
//
//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT RSUI INDEMNITY COMPANY

SCHEER.LAW PLLC
2101 4TH AVE., SUITE 830
SEATTLE, WA 98121

DATED this 16th day of Augsut, 2022.

By: /s/ John R. Neelman
John R. Neelman, WSBA #19752
Gwendolyn C. Payton, WSBA #26752
Kilpatrick Townsend & Stockton LLP
1420 5th Ave., Suite 3700
Seattle, WA 98101
Attorneys for Premera

By: /s/ Jennifer L. Crow
Jennifer L. Crow, WSBA #43746
Scheer.Law PLLC
2101 4th Ave., Suite 830
Seattle, WA 98121
Attorneys for RSUI

Based on the above Stipulation, **IT IS SO ORDERED**.

Dated this 17th day of August, 2022.

Robert S. Lasnik

United States District Judge