UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREMERA,                                        )
                                                )
            Plaintiff,                          )
                                                )
      vs.                                       )      Case No. 2:17-cv-00714RSL
                                                )
HOMELAND INSURANCE COMPANY OF )               **ORDER**
NEW YORK,                                       )
                                                )
            Defendants.                         )
                                                )
                                                )
                                                )
                                                )
_____ )

THIS MATTER comes before the Court on Premera's "Motion to Amend Responses to Requests for Admissions." Dkt. # 148. The motion is unopposed. Premera's request to allow and accept its responses to Homeland Insurance Company of New York's Requests for Admission that were served on August 11, 2022, three days after the deadline, is GRANTED.

Dated this 29th day of August, 2022.

*Mr S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER - 1