1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

PREMERA,                                    )
                                            )
10              Plaintiff,                   )
                                            )
11      vs.                                  )     Case No. 2:17-cv-00714
                                            )
12  HOMELAND  INSURANCE  COMPANY  OF )             **ORDER**
    NEW YORK,                                )
13                                           )
                                            )
14          Defendants.                      )
                                            )
15                                           )
                                            )
16  _____)

17

18          THIS MATTER comes before the Court on "Premera's Motion to Seal Exhibit 8 to the

19  Declaration of John R. Neeleman in support of Motion to Amend Responses to Requests for

20  Admissions." Dkt. # 150. The motion is unopposed. Premera has shown that the exhibit

21  contains confidential settlement agreements between Premera and former defendants in this

22  litigation. The motion to seal is GRANTED: Dkt. # 151 shall remain under seal.

23

24          Dated this 29th day of August, 2022.

25

                                    *Mark S Lasnik*
26                                  Robert S. Lasnik
                                    United States District Judge
27

ORDER - 1